FILED
 2006 May-19  AM 08:35
U.S. DISTRICT COURT
   N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTYWAN DEVELLE WILSON, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. 2:04-cv-662-LSC-TMP |
| ) | |
| CHERYL PRICE, Warden; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

O R D E R

On April 5, 2006, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed. After being granted an extension of time, the petitioner filed objections on May 10, 2006.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petitioner's objections are OVERRULED, and the the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

For information regarding the cost of appeal, see the attached notice.

Done this <u>18th</u> day of <u>May 2006</u>.

_____<br>
L. SCOTT COOGLER<br>
UNITED STATES DISTRICT JUDGE<br>
124153